UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GUY FRANK** | **CIVIL ACTION** |
| versus | **NO. 15-907** |
| **WARDEN RAY HANSON** | **SECTION: "E"(1)** |

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for *habeas corpus* relief filed by Guy Frank is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana this 19th day of October, 2015.

_____
**UNITED STATES DISTRICT JUDGE**